UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 10-138-01 |
| VERSUS | JUDGE ELIZABETH ERNY FOOTE |
| JUANETTA MARTIN | MAGISTRATE JUDGE HAYES |

### JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Motion to vacate, set aside, or correct sentence, [Doc. # 406], is **DENIED**.

THUS DONE AND SIGNED this ____ day of January, 2015, in Shreveport, Louisiana.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE